MIE 1
Revised 09/18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of Michigan

UNITED STATES OF AMERICA

    v.

McMULLIN, Joseph            Crim. No.:  11-CR-20345-01

On July 15, 2022, the Court authorized the issuance of a supervised release summons based upon a violation petition citing violations of supervision.

On May 3, 2023, the issues of the violations were heard in Court. McMULLIN pled guilty to violations 1, 2 and 4; and denied guilt to violation 3. McMULLIN's admissions were accepted on violations 1, 2 and 4. The Court adjourned the sentencing for 60 days.

On June 29, 2023, the issues of the violations were heard in Court, and sentencing was adjourned 60 days.

On August 31, 2023, the issues of the violations were heard in Court. No finding was made on violation 3. McMULLIN's supervised release, was scheduled to expire May 19, 2023.

In light of the supervised releasee's compliance with the Court-ordered conditions of supervision since the violation hearing on August 31, 2023, the Court disposed of the violation matter and terminated McMULLIN's term of supervised release.

Respectfully submitted,

s\LaMisha J. Rice
Senior U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be terminated.

Dated this 31st Day of August, 2023.

/s/Terrence G. Berg
Terrence G. Berg
United States District Judge